An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CLEUS VINCENT MCGERVEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62544

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to correct an illegal sentence. Tenth Judicial District Court, Churchill County; Robert E. Estes, Senior Judge.

The parties have filed a stipulated motion to dismiss this appeal as moot. Attached to the motion is a copy of a notice from the Division of Parole and Probation indicating that appellant honorably discharged his parole in 2009. We approve the stipulation and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc: Chief Judge, The Tenth Judicial District
Hon. Robert E. Estes, Senior Judge
Paul G. Yohey
Attorney General/Carson City
Churchill County District Attorney/Fallon
Churchill County Clerk
Cleus Vincent McGervey

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21451